*In the*
United States Court of Appeals
For the Fourth Circuit

15-6515
bhr

| | |
|---|---|
| Luke Ammon, sui generis, am alive, <br> LUKE AMMON PREACHER, not alive, <br> Petitioner, Appellee, <br> V. <br> UNITED STATES OF AMERICA, not alive, <br> Respondent, Appellant | Civil No. # 5:11-hc-02179-FL <br><br> Notice of Appeal <br> Suggestion of Death <br> Certificate of Service |

At this time Petitioner, Appellee, in this case intent to appeal the Court Final Order of Judgment on 3/30/15 or 3/31/15 pursuant to Federal Rules of Appellate Procedure 4 or 5 or 3.

Date: April 8, 2015 - Wednesday /s/: [signature]
Luke Ammon: (of Preacher Clan) (#10312-023)
F.C.I. 1 Butner
P.O. Box 1000
Butner, N.C. - 27509 -

RECEIVED 2015 APR 28 AM 10:46 U.S. COURT OF APPEALS FOURTH CIRCUIT

### Suggestion of Death

In accordance with F.R. Civil P. Rule 25(a)(1) - Luke Ammon Appellee, natural person, am alive, free inhabitant, sovereign Shoshone immunity, am the representative in this action of decendant, due to the CIVIL DEATH on the record of LUKE AMMON PREACHER, LOUISE W. FLANAGAN, UNITED STATES OF AMERICA, Appellants, STRAWMANS.

### Certificate of Service

I do hereby CERTIFY that on Tuesday - April 8, 2015, did mail true, correct, accurate copy of this "pg 1 of 1 Notice of Appeal, Suggestion of Death, certificate of Death"; by U.S. Postal Mailing to:

| Clerk's Office | Clerk's Office | U.S. Attorneys Office |
|---|---|---|
| U.S. Eastern District Court | U.S. Courthouse Annex | 310 New Bern Ave |
| P.O. Box 25670  611 | 1100 East Main St., suite 501 | suite 800 |
| Raleigh, N.C. - 27611 - | Richmond, VA. - 23219-3525 - | Raleigh, N.C. - 27601-1461 - |

I do hereby declare under penalty of perjury 28 USC §1746 the foregoing is true, correct.

Date: Wednesday - April 8, 2015  /s/: [signature]
Luke Ammon: (of Preacher Clan) (#10312-023)
F.C.I. 1 Butner
P.O. Box 1000
Butner, N.C. - 27509 -

cc: files  (MRC)

(pg 1 of 1)

Luke Ammon Preacher
Name:  Number: 10342-023
Federal Correctional Institution
P.O. Box 1000
Butner, NC 27509

"SPECIAL LEGAL MAIL"
28 CFR § 540.18(c)(1) — Outgoing legal mail
may be sealed."
28 USCS § 1708 — theft,
1709 — theft by officer or employee.

-Mailed from F.C.I. Butner
on Wednesday — April 22, 2015.

Clerks Office
U.S. Courthouse
1100 East Main St., suite 501
Richmond, VA 23219-3525

FEDERAL CORRECTIONAL INST. #1
P.O. BOX 1000
BUTNER, NORTH CAROLINA 27509

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.