**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 11, 2015

_____

RULE 46 NOTICE
CERTIORARI STATUS FORM

_____

No. 15-6515,    US v. Luke Preacher
                5:14-hc-02179-FL

TO:   Leza Lee Driscoll

**FORM DUE:** 12/18/2015

The court has not received your **Certiorari Status Form** (form available at this link). Please complete and file the form within seven days of this notice. Failure to file will lead to referral of the default to the Standing Panel on Attorney Discipline under Local Rule 46(g).


Lisa McFarland, Deputy Clerk
804-916-2744